MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Plaintiff Federal Deposit
Insurance Corporation, as Receiver for
Community Bank of Nevada

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,<br><br>Plaintiff,<br><br>v.<br><br>MARK BROWN, an individual; MICHELE BROWN, an individual,<br><br>Defendants. | Case No: 2:11-cv-00446-RLH-RJJ<br><br>**STIPULATION TO TEMPORARILY STAY CASE**<br><br>**(FIRST REQUEST)** |

      The parties stipulate to stay this case in its entirety for 45 days. This is the first requested stay of any deadlines in this case and it is sought to enable the parties to attempt to resolve the claims made in this case

without the need for additional judicial intervention.  The parties will submit a status report to the Court in 45 days if the case is not resolved by that point.

| MORRIS LAW GROUP | CHRISTIANSEN LAW OFFICES |
|---|---|
| By /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>Joni Jamison, No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By /s/ Peter Christiansen<br>Peter Christiansen, No. 5254<br>9910 W. Cheyenne Avenue<br>Suite #110<br>Las Vegas, Nevada 89129<br><br>Attorney for Mark Brown |

Attorneys for Federal Deposit Insurance Corporation as Receiver for Community Bank of Nevada

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2012